# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Merchant Processing Solutions, LLC, et al.

                        Plaintiff,

v.                                     Case No.: 1:14–cv–01814
                                     Honorable Robert M. Dow Jr.

Thomas F Martino

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 6/18/2014. MOTION by Defendant Thomas F Martino to dismiss [19] is taken under advisement; response due by 7/16/2014; reply due by 7/30/2014; ruling will be by mail. Notice of Motion date of 6/24/2014 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.