## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| MERCHANT PROCESSING SOLUTIONS, LLC, a California Limited Liability Company doing business as PAYMENT SYSTEMS CORP.; and IPS LOS ANGELES, LLC, a Nevada Limited Liability Company, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 14-cv-1814 |
| v. | ) ) | |
| THOMAS F. MARTINO, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE: Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs MERCHANT PROCESSING SOLUTIONS, LLC d/b/a PAYMENT SYSTEMS CORP. and IPS LOS ANGELES, LLC, voluntarily dismiss this action without prejudice.

Dated: July 16, 2014

Respectfully Submitted,

MERCHANT PROCESSING SOLUTIONS, LLC and IPS LOS ANGELES, LLC

By: /s/ James W. Davidson
     One Of Their Attorneys

O'HAGAN LLC
James W. Davidson (*local counsel pursuant to LR 83.15*)
One E. Wacker Drive

1

Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
jdavidson@ohaganlaw.com

HEATH & STEINBECK, LLP
Steven A. Heath (*admitted pro hac vice*)
saheath@heathsteinbeck.com
Roger R. Steinbeck (*admitted pro hac vice*)
rsteinbeck@heathsteinbeck.com
2500 Broadway, Suite F-125
Santa Monica, California 90404
Tel:    (424) 238-4532
Fax:    (323) 210-3242