**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Merchant Processing Solutions, LLC, et al.
                              Plaintiff,

v.                                                    Case No.: 1:14–cv–01814
                                                  Honorable Robert M. Dow Jr.

Thomas F Martino
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2014:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action against defendants without prejudice. MOTION by Defendant Thomas F Martino to dismiss [19] is stricken as moot. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.